IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TRENA OSTERMANN, individually, and
as next of friend of JOHN OSTERMANN,
JR., KYLE OSTERMANN, and CURTIS
OSTERMANN; and DANIEL
WALLACE,

      Plaintiffs,

VS.                                                                                           NO.  1-04-1185-T/An

DURLEY GENE JOHNSTONE,
individually and d/b/a ROLLING ACRES
MOBILE ESTATES and RUTH
COLLINS, individually and as agent
and/or manager for DURLEY GENE
JOHNSTONE, d/b/a ROLLING ACRES
MOBILE ESTATES,

      Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

IT APPEARING to the Court from statement of counsel and the record as a whole that the issues herein are resolved and the matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that this matter be and it is hereby ordered dismissed with prejudice and that the non-discretionary costs of the cause are assessed against the Defendants for which execution may issue if necessary.

                                                                                           James D. Todd
                                                                    JUDGE
                                                                    DATE: 8 June 2005

25777

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___6/9/05___



APPROVED FOR ENTRY:

_____
CAROL GISH (#010234)
Counsel for Plaintiffs
210 West Main St.
Jackson, TN 38301
(731) 423-0616

_____
JAMES B. SUMMERS (#4721)
Counsel for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

25777

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01185 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT